### Tuesday, December 24, 1991

**91–82.** State, ex rel. Hayes, v. Doctors Hosp. *Franklin County*, No. 90AP–152. Cause dismissed, on appellant's application to dismiss, effective December 23, 1991.

**91–1933.** State v. Mosley. *Montgomery County*, No. CA 11824. *Sua sponte*, cause dismissed for want of prosecution, effective December 23, 1991.

**91–2136.** Jackson v. Keffler Constr. Co. *Mahoning County*, No. 90 C.A. 198. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Mahoning County to certify its record and as a claimed appeal as of right from said court. It appears from the records of this court that appellant/cross-appellee has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that said appeal be, and hereby is, dismissed *sua sponte*, effective December 23, 1991.

Said cause shall remain pending in all other respects.

**91–2196.** State v. Harris. *Mahoning County*, No. 89 C.A. 39. *Sua sponte*, cause dismissed for want of prosecution, effective December 23, 1991.